AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Thomas P. Koestler | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16-cv-7175-RWS |
| Martin Shkreli | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __02/06/2017__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 2/20/2020

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*



Case 1:16-cv-07175-RWS   Document 21-2   Filed 02/06/17   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS P. KOESTLER,

        Petitioner,

  v.

MARTIN SHKRELI,

        Respondent.

Civil No. 16-cv-7175-RWS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/17

## [REVISED PROPOSED] ORDER AND JUDGMENT

  Petitioner, Thomas P. Koestler, having moved this Court for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and Sections 6 and 9 of the Federal Arbitration Act, 9 U.S.C. § 1, (a) confirming the Final Award for Arbitration dated August 2, 2016 ("Final Award"), and (b) entering Judgment thereon; and the Petitioner having duly come to be heard before this Court; and upon reading the Petition, dated September 2, 2016, and the Exhibits attached thereto, and the Answer to the Petition, and after due deliberation,

  Now, upon application of Steven C. Bennett, attorney for Petitioner Dr. Koestler, it is hereby

  **ORDERED, ADJUDGED AND DECREED** that the Final Award (a copy of which is annexed hereto) is confirmed; and it is further

  **ORDERED, ADJUDGED AND DECREED** that Judgment be entered on behalf of Petitioner, Dr. Koestler, and against Respondent, Martin Shkreli, in the amount of $2,614,930.

Case 1:15-cv-07173-RWS   Document 21-2   Filed 02/16/17   Page 2 of 22

**ORDERED, ADJUDGED AND DECREED** that Petitioner Dr. Koestler shall recover the costs and disbursements of this proceeding.

This is the 6th day of February, 2016.

United States District Court Judge
Southern District of New York

JUDGMENT ENTERED:

_____
Clerk of the Court

CERTIFIED AS A TRUE COPY ON

THIS DATE 2/20/2020

BY _Kmango_
( ) Clerk
(✓) Deputy

2

