

# SCAROLA ZUBATOV SCHAFFZIN PLLC

Richard J.J. Scarola
rjjs@szslaw.com
(212) 757-0007 ext. 3201

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2020
```

October 14, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
— Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

> The Petitioner may effect service in the manner specified in the final paragraph of the proposed Order to Show Cause (Dkt. No. 32). SO ORDERED.
>
> *Alison J. Nathan*   SO ORDERED. 10/15/2020
> ALISON J. NATHAN, U.S.D.J.

Re:   *Koestler v. Shkreli*, No. 16-cv-7175 (AJN)

Dear Judge Nathan:

We represent the petitioner Dr. Thomas P. Koestler and write with respect to the Court's Order entered today (ECF # 35) directing service of our papers and a schedule for briefing our application to compel judgment enforcement discovery.

The Court's Order directed that we serve by Friday, October 16. We are serving today by the means we proposed in the final paragraph of our proposed Order to Show Cause (ECF # 32; copy enclosed) and will file our affidavit of service when we have completed the process.

Because today's Order did not specifically reference the proposed Order to Show Cause (or any other means of service), we write to clarify if any other means of service is expected by the Court. (For the reasons stated in our supporting Memorandum (ECF # 33), pp. 16-17, we believe the service we had proposed is sufficient and certain to give necessary notice to Mr. Shkreli and the Kang Firm, but write now in the abundance of caution).

Respectfully submitted,

*Richard J.J. Scarola*

Richard J.J. Scarola

Encl.
By ECF