UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS P. KOESTLER,<br><br>                                                  Petitioner,<br>                -against-<br>MARTIN SHKRELI,<br><br>                                                  Respondent. | Civ. No. 16-cv-7175-AJN<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

        ANASATASIIA POSNOVA, being duly sworn, deposes and says:

        1.      I am over 18 years of age, reside in New York City and am not a party to this action.

        2.      On October 14, 2020, I served:

- this Court's Order in this case which is dated October 14, 2020,
- petitioner's proposed Order to Show Cause filed on October 8, 2020,
- petitioner's Memorandum in Support of Motion to Compel Judgment Enforcement Discovery that is dated October 8, 2020, and
- the Declaration of Richard J.J. Scarola in Support of Motion to Compel Judgment Enforcement Discovery with its 17 Exhibits that is dated October 8, 2020,

        To Martin Shkreli:

by Certified Mail, Return Receipt Requested, by depositing those documents, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed:

                Mr. Martin Shkreli
                (Inmate I.D. #87850-053)
                Federal Correctional Institution (FCI) – Allenwood Low
                P.O. Box 1000
                White Deer, PA  17887

and by Priority Mail Express by depositing those documents, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within

New York State addressed to that same address;

and

       To Kang Haggerty & Fetbroyt LLC:

by Certified Mail, Return Receipt Requested, by depositing those documents, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed:

       Kang Haggerty & Fetbroyt LLC
       Attn.: Edward Kang, Esq.
       123 S. Broad Street
       Suite 1670
       Philadelphia, PA  19109

and by Federal Express courier service for overnight next day delivery service by depositing those documents, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the Federal Express service addressed to that same address.

    3.    I also enclosed within each of the two aforementioned envelopes sent by the certified mail method an envelope self-addressed to Scarola Zubatov Schaffzin PLLC with $5.00 of pre-paid postage on each envelope.

    4.    I also sent a copy of the papers listed herein as being served by email to Kandis Kovalsky at the email address kkovalsky@khflaw.com .

                                                       _____
                                                              Anastasiia Posnova

Sworn to before me this
15th day of October, 2020

_____
Notary Public

                                        MICHAEL VAHALA
                                 Notary Public, State of New York
                                    Reg. No. 01VA6333035
                                 Qualified in New York County
                           Commission Expires November 16, 2023