# EXHIBIT 2

| | |
|---|---|
| **From:** | Angela Dewalt |
| **To:** | Amanda Torres; Kandis L. Kovalsky |
| **Subject:** | Re: Request for legal call - Martin Shkreli |
| **Date:** | Thursday, April 9, 2020 3:59:44 PM |
| **Attachments:** | ATT00001.png |
| | ATT00002.png |
| | ATT00003.png |
| | ATT00005.png |

Good afternoon,

Unfortunately with limited staffing, we can only accommodate legal calls if there is an urgent, and imminent court date. Our procedure is to allow a 15 minute phone call for an attorney in order to allow all inmates access.

Please feel free to contact me directly with any concerns or questions.

Thank you,


A. Dewalt, M.A.P.C.

Unit Manager, Brady Unit

L.S.C.I. Allenwood

U.S. Department of Justice
Federal Bureau of Prisons
(570) 547-1990 Ext. 4410

adewalt@bop.gov


>>> "Kandis L. Kovalsky" <kkovalsky@khflaw.com> 4/9/2020 10:08 AM >>>

Good morning Counselor Torres,

I hope this email finds you well and that you are staying safe and healthy. Would you be able to accommodate a legal call with our firm and Mr. Shkreli for today or tomorrow?

Regards,

Kandis L. Kovalsky



123 South Broad Street, Suite 1670

Philadelphia, PA 19109

**Main:** (215) 525-5850

**Direct:** (215) 525-1993

KKovalsky@KHFlaw.com • www.KHFlaw.com

