

Richard J.J. Scarola
rjjs@szslaw.com
(212) 757-0007 ext. 3201

November 6, 2020

Hon. Alison J. Nathan
United States District Judge
United States District Court
 — Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Koestler v. Shkreli*, No. 16-cv-7175 (AJN)

Dear Judge Nathan:

    We represent the petitioner Dr. Thomas P. Koestler and write with respect to the petitioner's application to compel judgment enforcement disclosures. (ECF ## 35, 37) to request oral argument in accordance with § 3.E of Your Hour's Individual Practices dated May 4, 2020.

                                  Respectfully submitted,

                                    Richard J.J. Scarola

By ECF

1700 BROADWAY  41ST FLOOR  NEW YORK, NY 10019
TEL 212-757-0007  FAX 212-757-0469  WWW.SZSLAW.COM