**KANG HAGGERTY**

**Kandis L. Kovalsky**
215.525.1993
kkovalsky@kanghaggerty.com

May 3, 2021

*Via ECF*
Honorable Alison J. Nathan
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Thomas Koestler v. Martin Shkreli,* **No. 16-cv-7175-AJN**

Dear Judge Nathan:

I write on behalf of Non-Party Kang Haggerty & Fetbroyt LLC ("Kang Haggerty") to respectfully request permission to respond to Petitioner Thomas Koestler's letter opposition (ECF No. 68) to Kang Haggerty's letter motion to quash and/or for a protective order (ECF No. 64). If the requested permission is granted, we intend to file our response either the same day or the next business day.

Respectfully submitted,

*/s/ Kandis L. Kovalsky*
Kandis L. Kovalsky

*Counsel for Non-Party Kang Haggerty & Fetbroyt LLC*

cc:    All counsel of record (via ECF)