USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas P. Koestler,

        Petitioner,

–v–

Martin Shkreli,

        Respondent.

16-cv-7175 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will conduct the conference this afternoon by AT&T teleconference. The parties and members of the public may access the proceeding at the scheduled time by dialing 888-363-4749 and entering access code 9196964#.

    SO ORDERED.

Dated: July 1, 2021
       New York, New York

                               ALISON J. NATHAN
                             United States District Judge