UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Thomas P. Koestler,

        Petitioner,

–v–

Martin Shkreli,

        Respondent.

16-cv-7175 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    For the reasons stated at the conference held today, July 1, 2021, it is ORDERED that:

1. The Petitioner's motion to compel judgment enforcement discovery (Dkt. No. 30) is GRANTED except as to his request for sanctions against the Respondent. The parties and nonparty Kang Haggerty and Fetbroyt LLC shall confer on a compliance schedule for the information subpoenas and report to the Court in two weeks with their proposals.

2. Kang Haggerty's letter motion to quash the Petitioner's deposition subpoena (Dkt. No. 64) is GRANTED.

3. The Petitioner's motion for a turnover order and appointment of a receiver (Dkt. No. 46) is GRANTED. The parties shall confer on the receiver to be appointed and report to the Court in two weeks with their proposals.

    The Court further requests that the Bureau of Prisons accommodate counsel's requests for communications with the Respondent in advance of the deadlines set forth in this Order.

SO ORDERED.

Dated: July 1, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge