UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  913; 14243
```

Thomas P. Koestler,

        Petitioner,

–v–

Martin Shkreli,

        Respondent.

16-cv-7175 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    It has come to the Court's attention that Brianne Murphy, counsel for the Respondent Martin Shkreli in this case, has been unable to schedule legal phone calls with her client where he is incarcerated at FCI Allenwood Low. These problems have apparently persisted for an extended period of time and are impeding the Court's administration of this case.

    It is therefore ORDERED that the Bureau of Prisons shall make Mr. Shkreli available for a legal phone call with Ms. Murphy regarding this case as soon as possible.

    It if further ORDERED that counsel for Mr. Shkreli shall file a status report by July 23, 2021, indicating whether she has been able to have a legal phone call with Mr. Shkreli regarding this case by that time.

    Counsel for Mr. Shkreli shall serve a copy of this Order and a copy of her July 23 status report on counsel for the Bureau of Prisons at FCI Allendwood low.

SO ORDERED.

Dated: July 19, 2021
       New York, New York

                                                  ALISON J. NATHAN
                                           United States District Judge