UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Thomas P. Koestler,

              Petitioner,

      –v–

Martin Shkreli,

              Respondent.

16-cv-7175 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 21, 2021, counsel for Mr. Shkreli submitted by email a letter regarding appointment of Daniel R. Alonso as a receiver and Mr. Alonso's CV. Today, July 23, 2021, counsel sent another email to the Court responding to Mr. Koestler's latest filing. Counsel provided no justification for filing the letter or email under seal.

    The Court admonishes counsel to comply with the Court's Individual Practices in Civil Cases, which govern communications with Chambers and sealed filings. Pursuant to Rule 1.A of the Court's Individual Practices, all communications with the Court shall be by letter filed on ECF. Pursuant to Rule 4.B of the Court's Individual Practices, all sealed filings **must** be accompanied by a motion to seal filed on the public docket, and any redaction or sealing **must** be narrowly tailored and consistent with the Second Circuit's opinion in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The Court will not entertain filings submitted by email where a motion to seal is not filed on the public docket. The Court expects all attorneys practicing before it to become familiar with and follow its rules.

    It is therefore ORDERED that counsel for Mr. Shkreli shall file her July 21 and July 23 submissions on the public docket by July 26, 2021, or provide by that same date specific

justification for why they should remain under seal, including citation to pertinent authority.

SO ORDERED.

Dated: July 23, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge