

600 Pennsylvania Ave, SE
Suite 200
Washington, DC 20003

Brianne E. Murphy*
T: (347) 524-1415
E: brianne@industrielaw.com
*Admitted in New York and Washington, DC

July 27, 2021

**By ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *Koestler v. Shkreli*, 16-CV-7175 (S.D.N.Y.) (AJN)

Dear Judge Nathan:

    Pursuant to Your Honor's Individual Rule 4A. ***Sealing and Redactions Not Requiring Court Approval***, Respondent respectfully submits a redacted version of the *Curriculum Vitae* of Daniel Alonso.

    Pursuant to Your Honor's Individual Rule 4B, Respondent has filed an unredacted version with a request that the same be sealed consistent with the Southern District's ECF Privacy Policy ("Privacy Policy") and guidance relating to the treatment of sensitive personal data outlined in Your Honor's Individual Rule 4A.  (ECF 101, 102)

    I appreciate the Court's time and consideration.

                                                    Respectfully submitted,

                                                    /s/_____
                                                  Brianne Murphy
                                                  Murphy Group CNY, PLLC
                                                  600 Pennsylvania Avenue SE, Suite 200
                                                  Washington, DC 20003
                                                  Phone: (347) 524-1415
                                                  *Attorneys for Respondent Martin Shkreli*