# DANIEL R. ALONSO

(212) 600-2340 (w)
dalonso@buckleyfirm.com

## **PROFESSIONAL EMPLOYMENT**

### **BUCKLEY LLP**

*Partner,* 2/2020 – present

- Partner in New York office, focusing on litigation, white collar defense, internal investigations, anticorruption and sanctions compliance, and monitorships and other independent appointments.
- Represent clients in numerous industries, including ▒▒▒▒▒▒ pharmaceuticals ▒▒▒▒▒ ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒.

### **EXIGER**

*Managing Director and General Counsel,* 7/2014 – 1/2020

- Member of leadership team of closely-held global compliance, investigations, and monitoring firm, including serving as general counsel, with responsibility over legal aspects of corporate acquisitions and stock transactions.
- Court-appointed Independent Disciplinary Authority for Maricopa County Sheriff's Office in *Melendres, et al. v. Arpaio, et al.,* CV-07-2513-GMS (D. Arizona).
- Served as primary integrity monitor for $3 billion construction project in the City of New York.
- Served as independent monitor of Sanitation Salvage Corp.

### **NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE**

*Chief Assistant District Attorney,* 1/2010 – 2/2014

- Served as the senior-most Assistant District Attorney in the largest prosecutor's office in New York State.
- Responsibilities included advising the District Attorney on policy and decision-making; acting for the District Attorney in his absence; overseeing litigating divisions; overseeing communications, hiring, and legislative affairs; managing attorney ethics issues; and extensive writing, editing, and public speaking on behalf of the office.

### **KAYE SCHOLER LLP**

*Partner,* 10/2005 – 12/2009

- Partner in litigation department of international law firm, concentrating on white collar defense, internal investigations, and civil litigation.
- Court-appointed receiver in *CFTC v. Rolando, et al.* (D. Conn. 2008); responsible for investigating $43 million Ponzi scheme, recovering assets, devising a distribution formula for nearly 400 investors, advising the district court, and litigating objections to the court's plan.
- Special Counsel to a New York State Senate Select Committee investigating a senator convicted of a domestic violence offense. Investigation and report led to his removal.

**NEW YORK STATE COMMISSION ON PUBLIC INTEGRITY**
*Member,* 9/2007 – 12/2009
- Gubernatorial appointee to commission responsible for oversight of ethics (executive branch) and lobbying in New York State government.

**UNITED STATES ATTORNEY'S OFFICE, EASTERN DISTRICT OF NEW YORK**
*Chief, Criminal Division,* 12/2002 – 10/2005
*Deputy Chief, Special Prosecutions,* 12/2001 – 12/2002
*Assistant United States Attorney,* 9/1996 – 10/2005
*Health Care Fraud Coordinator,* 1998 - 2001
- Oversaw 110 Assistant U.S. Attorneys in the investigation and prosecution of all phases of federal criminal cases, including jury trials, long-term grand jury investigations, pre-trial litigation, appeals, and the selection of monitors.
- Personally prosecuted hundreds of cases involving securities fraud, health care fraud, public and private corruption, labor racketeering, construction fraud, and other crimes.
- Inaugural co-director of federal prosecution clinic at Brooklyn Law School, including teaching a weekly two-hour seminar on the prosecution function (2001 – 2002).

**HON. JOSEPH W. BELLACOSA, NEW YORK COURT OF APPEALS**
*Law Clerk,* 8/1995 – 8/1996
- Law clerk and later senior law clerk to Associate Judge of New York's highest court. Conducted extensive legal research; drafted memoranda on wide variety of civil, criminal, and constitutional issues; and assisted Judge in preparing opinions.

**NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE**
*Assistant District Attorney,* 8/1990 – 7/1995
- Investigated and prosecuted all phases of state criminal cases. Assigned at various times to Frauds Bureau, Special Prosecutions Bureau, and Trial Division.
- Served as lead counsel in several major cases, including the first use of New York's Organized Crime Control Act to prosecute public corruption.

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW, New York, NY**
J.D., 1990



**CORNELL UNIVERSITY, Ithaca, NY**
B.A., *with distinction in all subjects*, 1987

## **SELECTED PUBLICATIONS**

- "Cross-Border Investigations in Spain: The Legal and Practical Landscape," *Anti-Corruption Report*, Dec. 2, 2020 (with Helena Prieto Gonzáez, José Fernández Iglesias & Alejandro Ayala González)
- "How to Tackle Coronavirus Corruption in Latin America," *Foreign Policy,* Aug. 10, 2020 (with Benjamin Gedan)
- "CARES Act Puts Inspectors General Back in the Spotlight," *N.Y.L.J.,* May 11, 2020 (with Preston Burton & Meredith Leeson)
- "CARES Act Increases Oversight and Criminal Investigations," *Bloomberg Law*, April 7, 2020
- "Building Effective Internal Communication Channels," in *The Guide to Corporate Compliance* (Andrew M. Levine, Reynaldo Manzanarez Radilla, Valeria Plastino & Fabio Selhorst, eds., 1st ed. 2020) (with Andrew Pennacchia, Benjamin Hutten & Norma Ramirez-Marin)
- "Initiative," in *The Art of Investigation* (Chelsea Binns & Bruce Sackman, eds., 1st ed. 2020)
- Book Review, "The Guide to Monitorships," *N.Y.L.J.*, Aug. 20, 2019
- "Only Criminals Can Clean Up Argentina's Corruption," *Foreign Policy,* Nov. 15, 2018 (with Benjamin Gedan)
- "Local Businessmen Could Be Targeted by U.S. Justice," *La Nación* (Argentina), Nov. 19, 2018 (op-ed in Spanish)
- "How Clayton's SEC is Likely to View the FCPA," *FCPA Blog*, Jan. 19, 2017
- "Independent Monitor: An Alternative for Corporate Oversight," *La Nación* (Argentina), Nov. 5, 2017 (with Hernán Munilla Lacasa) (op-ed in Spanish)
- "In an Era of Reduced Regulation, Let's Not Forget Corporate Integrity," *Compliance Week*, Feb. 28, 2017
- "What Does It Mean to be a Monitor? (Revisited)," *Compliance & Enforcement,* Jan. 18, 2017
- "FinTech: The Emerging Financial Crime Compliance Minefield," *Business Crimes Bulletin*, May 2016 (with Timothy Stone)
- "Global Corruption Enforcement Becomes Focus of U.S. Foreign Policy," *CFO Magazine*, May 2015
- "Loud and Clear: FinCEN Demands a Culture of Compliance," *Business Crimes Bulletin*, Oct. 2014
- "Perjury and False Statements: The CFTC Begins to Use Its New Enforcement Authority," *Business Crimes Bulletin*, March 2014
- "Sentencing Enhancements for Trial and Grand Jury Perjury," *N.Y.L.J.*, May 20, 2011 (with Ryan Connors)
- "*Milberg Weiss* and the 'Nigerian Barge' Case: Contours of Honest Services Mail Fraud," *Business Crimes Bulletin*, Sept. 2006
- "Use Caution in Negotiating Deferred Prosecution Agreements," *N.Y.L.J.*, Mar. 1, 2006

**MEMBERSHIPS AND AFFILIATIONS**

- ███████████████████████████████████████
- National Association of Criminal Defense Lawyers, 2021 – present
- B20 Italy, Integrity and Compliance Task Force, 2021; B20 Saudi Arabia, Integrity and Compliance Task Force, 2020
- American Bar Association, Section of International Law, 2014 – present
- New York State Bar Association
  Task Force on Parole Reform, 2019 – present
  Committee on Standards of Attorney Conduct, 2014 - present
  Committee to Review Judicial Nominations, 2008 – 2012
- New York City Bar Association
  Inter-American Affairs Committee, 2020 – present
  Nominating Committee, 2012
  Judiciary Committee, 2011 – 2012
  Chair, Council on Criminal Justice, 2006 – 2009 Dewey Medal Committee, 2005 – 2009, 2014 – present
  Chair, Criminal Advocacy Committee, 2004 – 2006 (Member, 2001 – 2006)
  Judicial Selection Task Force, 2003
  Professional Responsibility Committee, 1999 – 2001
  Criminal Law Committee, 1996 – 1999
  Criminal Courts Committee, 1992 – 1995 (Secretary)
- *Journal of Financial Compliance,* Editorial Board, 2016 – present
- The Fund for Modern Courts, Board of Directors, 2007 – 2009; 2014 – present
- Hispanic National Bar Association, Life Member
  Chair, New York Hispanic Bar Task Force on Judicial Selection, 2006 – 2007
- New York American Inn of Court, 2004 – present (President-Elect)
- Federal Bar Council, 2002 – present
- Attorney Grievance Committee, New York State Appellate Division, First Department, 2015 – 2020
- *Business Crimes Bulletin*, Board of Editors, 2006 – 2017
- Advisory Group to the New York State-Federal Judicial Council, 2007 – 2015
- Co-Chair, New York State White Collar Crime Task Force, 2012 – 2013 (District Attorneys Association of the State of New York)
  Issued comprehensive report in September 2013 on modernizing white-collar criminal laws in New York State
- Cornell University Council, 2007 – 2009
- EDNY Committee on Civil Litigation, 2003 – 2009
- Criminal Chiefs' Working Group, U.S. Attorney General's Advisory Committee, 2004 – 2005

## **HONORS**

- AV Preeminent rated
- Robert M. Morgenthau Award, District Attorneys Association of the State of New York (2014)
- N.Y.U. School of Law LaLSA Alumni Recognition Award (2014)
- John J. McCloy Award, The Fund for Modern Courts (2009)
- New York Super Lawyers, Criminal Defense: White Collar (2006 – 2009)
- Henry L. Stimson Medal, New York City Bar Association (2004)
- Director's Award for Superior Performance as an Assistant U.S. Attorney, U.S. Department of Justice (1999, 2001, 2002, 2005)

## **LANGUAGES**

- Fluent in written and spoken Spanish
- Conversational Portuguese and French