UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Thomas P. Koestler,

        Petitioner,

–v–

Martin Shkreli,

        Respondent.

16-cv-7175 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court ordered the parties to confer on a proposed order appointing Mr. Alonso as a receiver in substantially the same form as the proposed order submitted by counsel for Mr. Koestler. The parties have evidently failed to do so. The Court instead received separate submissions from the parties at approximately 7:00 p.m. and 9:30 p.m. These submissions reflect that the parties have not made meaningful efforts to reach an agreement or otherwise complied with the Court's instructions.

    The parties shall promptly confer on a proposed order along the lines directed in the Court's July 23 Order. By "confer" the Court means that counsel for the parties shall speak to one another, with Mr. Alonso, in person or by telephone, for a period of not less than thirty minutes. The Court expects the parties to be able to reach agreement without Court involvement. By July 30, 2021, at 3:00 p.m., the parties shall file a joint letter describing their efforts to reach an agreement and a proposed order. If Mr. Alonso is unwilling to serve as a receiver under terms the parties agree to that are substantially consistent with the Court's prior orders, the parties should so state and the Court will approve the appointment of a different receiver. The Court intends to enter an order making its appointment without further delay.

SO ORDERED.

Dated: July 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge