

# Murphy Group CNY, PLLC

600 Pennsylvania Ave, SE
Suite 200
Washington, DC 20003

Brianne E. Murphy*
T: (347) 524-1415
E: brianne@industrielaw.com
*Admitted in New York and Washington, DC

August 6, 2021

**By ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Koestler v. Shkreli*, 16-CV-7175 (S.D.N.Y.) (AJN)

Dear Judge Nathan:

  This letter is respectfully submitted to convey our agreement with Mr. Alonso's representations to the court on July 29, 2021, at ECF No. 108. We have no objections to Mr. Alonso's additional requests as to the proposed receivership order.

       Respectfully submitted,

       /s/_____
       Brianne Murphy
       Murphy Group CNY, PLLC
       600 Pennsylvania Avenue SE, Suite 200
       Washington, DC 20003
       Phone: (347) 524-1415
       *Attorneys for Respondent Martin Shkreli*