UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

THOMAS P. KOESTLER,　　　　　　　　　　　　　　　　Civ. No. 16-cv-7175-AJN

                Petitioner,　　　　　　　　　　　　　　　　**ORDER**

    -against-

MARTIN SHKRELI,

               Respondent.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/21

This Court having issued the Order for Turnover and Appointment of Receiver dated August 16, 2021 (ECF #120), pursuant to which Derek C. Abbott was appointed as Receiver, among other things, to collect certain Phoenixus Stock[1] owned by the Judgment Debtor and to sell that stock so as to satisfy the Judgment to the Judgment Creditor; and until the Judgment Debtor has satisfied his obligations to the Judgment Creditor, collect any and all assets or property of the Judgment Debtor other than the Phoenixus Stock which are subject to a certain Forfeiture Order, including those assets actually held by the Government and/or the U.S. Attorney in accordance with the Forfeiture Order as well as any others, with said assets to be held and not sold without further order of this Court;

The Receiver having made application to the Court for a further order authorizing him to liquidate 875,000 shares in a company named AudioEye, Inc. (NASDAQ: AEYE) that have been

---

[1] Capitalized terms are as defined in the Order for Turnover and Appointment of Receiver.

turned over to him on behalf of the Judgment Debtor pursuant to the Order for Turnover and Appointment of Receiver;

**IT IS ORDERED**, that the Receiver's application is granted as follows:

1. The Receiver is authorized to liquidate the shares of AudioEye, Inc. as in his possession using his experience in and knowledge of such transactions and commercially reasonable methods for liquidating shares of a public company.

2. The proceeds of the AudioEye, Inc. stock sale shall be paid in accordance with the terms of the Order for Turnover and Appointment of Receiver.

SO ORDERED.

Dated: September 29, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge