UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/21
```

Thomas P. Koestler,

                Petitioner,

–v–

Martin Shkreli,

                Respondent.

16-cv-7175 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Respondent's request to file the unredacted copes of emails with BOP officials with access to restricted to certain parties is GRANTED. Dkt. No. 128 at 3 n.5. Redacted copies of the emails are attached to Respondent's letter, Dkt. No. 128, Ex. 2, and unredacted copies have been filed with restricted access, Dkt. No. 129. Therefore, no action from the Clerk of Court is required at this time.

    This resolves docket number 128.

    SO ORDERED.

Dated: September 29, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge