```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                         Petitioner,     :       NOTICE OF
                                         :    PRETRIAL CONFERENCE
              -v-                        :
                                         :
MARTIN SHKRELI,                          :
                                         :
                         Respondent.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. Accordingly, it is hereby

ORDERED that a conference will be held in Courtroom 18B, 500 Pearl Street, on **October 12, 2021, at 2:30 pm**. All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time; and counsel are directed to be available promptly.

IT IS FURTHER ORDERED that if there is objection to the above time and date, the parties shall consult and propose an alternate time and date in a letter of no more than two pages filed on ECF in accordance with the S.D.N.Y. Electronic Case Filing Rules and Instructions. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

IT IS FURTHER ORDERED that, in light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken

before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear a mask that covers their nose and mouth in the courthouses.  Bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that members of the public who are not able to attend the in court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948**.

SO ORDERED:

Dated:   New York, New York
         October 6, 2021

                                   _____
                                         DENISE COTE
                                   United States District Judge

2