```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                        Petitioner,      :    ORDER
                                         :
              -v-                        :
                                         :
MARTIN SHKRELI,                          :
                                         :
                        Respondent.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth on the record at a conference held on October 12, 2021, in Courtroom 18B, 500 Pearl Street, it is hereby

ORDERED that the parties shall file a proposed confidentiality order by **October 27**.

IT IS FURTHER ORDERED that all documents ordered produced at the October 12 conference relating to the following three topics shall be produced by **November 5**:

(1) Martin Shkreli's Phoenixus stock;

(2) the two transfers of funds in June and December 2020; and

(3) communications between defendant Martin Shkreli and his agents and the IRS and New York State tax authorities.

SO ORDERED:

Dated:   New York, New York
         October 13, 2021

_____
DENISE COTE
United States District Judge