```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    16cv7175 (DLC)
THOMAS P. KOESTLER,                       :
                         Petitioner,      :         ORDER
                                          :
             -v-                          :
                                          :
MARTIN SHKRELI,                           :
                                          :
                         Respondent.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 20, 2021, non-party Kang Haggerty filed a letter seeking clarification on the scope of an Order entered on October 13. It is hereby

ORDERED that any response by petitioner must be filed in a letter of no more than two pages by **tomorrow, October 21**.

SO ORDERED:

Dated:   New York, New York
         October 20, 2021

                                    _____
                                              DENISE COTE
                                    United States District Judge