```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                          Petitioner,    :    ORDER
                                         :
              -v-                        :
                                         :
MARTIN SHKRELI,                          :
                                         :
                          Respondent.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 27, 2021, the petitioner in the above captioned case filed a proposed confidentiality order on behalf of all the parties and the Receiver. The proposed order was not dated or signed by counsel of any of the parties. Accordingly, it is hereby

ORDERED that paragraph 8 of the proposed order is struck. The parties shall file confidential discovery material on the public docket in accordance with Rule 8 of the Court's Individual Practices in Civil Cases.

IT IS FURTHER ORDERED that the parties shall file a revised proposed confidentiality order and that parties' counsel and the Receiver shall sign and date the proposed order by **October 28**.

Dated:   New York, New York
         October 27, 2021

                                   _____
                                          DENISE COTE
                                   United States District Judge