**S Z**
**PLLC S**  SCAROLA ZUBATOV SCHAFFZIN PLLC

October 28, 2021

Hon. Denise L. Cote
United States District Judge
United States District Court — Southern District of New York
United States Courthouse
500 Pearl Street — Room 1910
New York, NY 10007

> Re:  *Koestler v. Shkreli*, No. 16-cv-7175 (DLC)

Dear Judge Cote:

We represent the Petitioner/Judgment Creditor and on behalf of all parties and the Receiver submit in the following ECF filing a proposed order for confidential treatment in accordance with the Court's instruction at the conference on October 12, 2021 (ECF #148, pp. 18-19) and revised in accordance with the instructions in the Order entered yesterday (at ECF #168).

Respectfully submitted,

Richard J.J. Scarola

By ECF

1700 BROADWAY  41ST FLOOR  NEW YORK, NY 10019
TEL 212-757-0007  FAX 212-757-0469  WWW.SZSLAW.COM