UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

**THOMAS P. KOESTLER,**  1:16-cv-07175-DLC

Petitioner,

-against-  **ORDER**

**MARTIN SHKRELI,**

Respondent.

-------------------------------x

DENISE L. COTE, District Judge

The Court having issued the Order for Turnover and Appointment of Receiver dated August 16, 2021 (ECF #120, the "Receivership Order")[1] in connection with a Judgment (ECF #22) pursuant to which Derek C. Abbott was appointed as Receiver, among other things, to collect certain assets owned by the Judgment Debtor and to sell that stock so as to satisfy the Judgment to the Judgment Creditor; and until the Judgment Debtor has satisfied his obligations to the Judgment Creditor, collect any and all assets or property of the Judgment Debtor which is subject to a certain Forfeiture Order, including those assets actually held by the Government and/or the U.S. Attorney in accordance with the Forfeiture Order as well as others, with said assets to be held and not sold without further order of this Court;

The Receiver having made application to the Court for a further order authorizing the sale of Judgment Debtor's interest in a Picasso Etching that has been turned over to him on behalf of the Judgment Debtor pursuant to the Order for Turnover and Appointment of Receiver;

---

[1] Capitalized terms are as defined in the Order for Turnover and Appointment of Receiver (ECF #120).

**IT IS ORDERED**, that the Receiver's application is granted as follows:

1. The Receiver is authorized to effectuate the liquidation of the Picasso Etching.

2. The proceeds of the Picasso Etching shall be paid in accordance with the terms of the Order for Turnover and Appointment of Receiver.

3. The Receiver shall liquidate the Picasso Etching using his experience and knowledge of similar transactions, either through a consignment to an auction house and subsequent auction or by other means as the Receiver deems appropriate in the interest of maximizing the value of the Picasso Etching.

4. The relief granted in this Order is without prejudice to any rights or remedies of any party, person or entity except to the extent expressly addressed in this Order.

**SO ORDERED.**

Dated:   January 27, 2022
         New York, New York

_____
DENISE L. COTE
United States District Judge