UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

THOMAS P. KOESTLER,

Petitioner,

-v-

MARTIN SHKRELI,

Respondent.

--------------------------------------- X

16cv7175 (DLC)

ORDER

DENISE COTE, District Judge:

Pursuant to the June 13, 2022 application of the Receiver (the "Application"), it is hereby

ORDERED that the Judgment Debtor provide the Receiver a proxy in substantially the form attached and cooperate in any way reasonably requested by the Receiver to ensure the effectiveness of such proxy and any subsequent vote of the Receiver. Said actions by the Receiver shall not be deemed in any way a violation of this Court's Order in Federal Trade Commission, et al. v. Vyera Pharmaceuticals, LLC, et al., 20 CV. 00706 (DLC), dated February 4, 2022 (the "Shkreli Injunction").

SO ORDERED:

Dated: New York, New York
June 13, 2022

DENISE COTE
United States District Judge