UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

THOMAS P. KOESTLER,                           1:16-cv-07175-DLC

                Petitioner,

      -against-                                    **ORDER**

MARTIN SHKRELI,

                Respondent.

-------------------------------------------------------x

DENISE L. COTE, District Judge

    The Court having issued the *Order for Turnover and Appointment of Receiver* dated August 16, 2021 (ECF #120, the "Receivership Order")[1] in connection with a Judgment (ECF #22) pursuant to which Derek C. Abbott was appointed as Receiver; and

    The Court having granted the *First Letter Motion for Extension of Time of the Term of the Receivership* (ECF #184), extending the term of the receivership from February 16, 2022 to August 16, 2022; and

    The Receiver having made application to the Court for a further order authorizing the extension of the term of the receivership by an additional six months;

---

[1]     Capitalized terms are as defined in the Order for Turnover and Appointment of Receiver (ECF #120).

**IT IS ORDERED**, that the Receiver's application is granted as follows:

1. The term of the receivership is extended through and including, February 16, 2023.

Dated: August 4 , 2022
       New York, New York

**SO ORDERED.**

_____
DENISE L. COTE
United States District Judge