UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                         Petitioner,     :    ORDER
                                         :
            -v-                          :
                                         :
MARTIN SHKRELI,                          :
                                         :
                         Respondent.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On November 21, 2022, the Receiver filed a declaration under seal requesting authorization of attorney's fees incurred in connection with the Receiver's work, subject to the Receiver recovering sufficient funds to cover the expenses. It is hereby

ORDERED that the Receiver's request is granted.

Dated:   New York, New York
         November 22, 2022

                                   _____
                                          DENISE COTE
                                   United States District Judge