```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    16cv7175 (DLC)
THOMAS P. KOESTLER,                       :
                        Petitioner,       :    ORDER
                                          :
                -v-                       :
                                          :
MARTIN SHKRELI,                           :
                                          :
                        Respondent.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The judgment debtor in this action (the "Koestler Action"), Martin Shkreli, is also a defendant in another case before this Court, FTC v. Vyera Pharmaceuticals, LLC, 20cv706 (DLC) (the "FTC Action"). On March 6, 2023, the parties in the FTC Action agreed that Shkreli would make certain productions to the plaintiffs in that action ("Productions") and sit for a deposition on March 21.

On March 17, the judgment creditor in the Koestler Action, Dr. Thomas P. Koestler, filed a letter on behalf of himself and the receiver, Derek Abbott. The letter sought copies of the Productions and permission to sit in on the March 21 deposition of Shkreli. Shkreli filed a letter opposing these requests on March 19. On March 20, Abbott filed a letter supporting the requests, and later that day, Shkreli filed another letter in opposition. The plaintiffs in the FTC Action did not file a submission in relation to the requests, but according to

Koestler, they do not oppose the requests on two conditions. Having reviewed the parties' submissions, it is hereby

ORDERED that Koestler and Abbott's requests to receive copies of the Productions and to attend the March 21 deposition of Shkreli are denied.

Dated:	New York, New York
	March 20, 2023

					_____
					DENISE COTE
					United States District Judge