```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                        Petitioner,      :      ORDER
                                         :
            -v-                          :
                                         :
MARTIN SHKRELI,                          :
                                         :
                        Respondent.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On May 25, 2023, the Receiver filed a letter requesting approval of a sale of Phoenixus stock. It is hereby

ORDERED that any objection to the Receiver's proposed sale shall be filed by May 26, 2023 at 4:00 p.m.


Dated:   New York, New York
         May 25, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge