```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :     16cv7175 (DLC)
THOMAS P. KOESTLER,                       :
                        Petitioner,       :     ORDER
                                          :
             -v-                          :
                                          :
MARTIN SHKRELI,                           :
                                          :
                        Respondent.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 16, 2021, the Receiver was ordered to liquidate the Phoenixus Stock using his "experience in and knowledge of similar financial transactions and his knowledge of the pharmaceutical industry." On May 25, 2023, the Receiver submitted a request for approval of a proposed sale of Phoenixus Stock. That request was denied on May 30, but the Receiver was invited to renew his application by June 2.

On June 2, the Receiver renewed his application to sell the Phoenixus Stock. On June 16, the judgment debtor, Martin Shkreli, objected to the proposed sale. The same day, Phoenixus and its subsidiary debtors and debtors-in-possession (collectively, the "Debtors") filed an objection, as well. On June 23, the Receiver replied to both objections.

On June 28, Shkreli submitted an additional opposition to the proposed sale. The following day, the Debtors withdrew their objection. On July 7, the Receiver filed a final request

for approval the proposed sale, stating that only Shkreli's objection to the renewed application for the proposed stock sale remains outstanding.  Having reviewed the parties' submissions, it is hereby

ORDERED that a conference shall be held in this case to address the Receiver's renewed application on July 25, 2023 at 3:00 p.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:   New York, New York
         July 19, 2023

                                                DENISE COTE
                                  United States District Judge