```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                        Petitioner,      :    ORDER
                                         :
            -v-                          :
                                         :
MARTIN SHKRELI,                          :
                                         :
                        Respondent.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On August 18, 2023, the Receiver filed a declaration under seal requesting authorization of attorney's fees incurred in connection with the Receiver's work, subject to the Receiver recovering sufficient funds to cover the expenses. It is hereby

ORDERED that the Receiver's request is granted.

Dated:   New York, New York
         August 22, 2023

                                            _____
                                                  DENISE COTE
                                            United States District Judge