```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :   16cv7175 (DLC)
THOMAS P. KOESTLER,                       :
                    Petitioner,           :        ORDER
                                          :
            -v-                           :
                                          :
MARTIN SHKRELI,                           :
                                          :
                    Respondent.           :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On November 14, 2023, the Receiver filed a declaration under seal requesting authorization of attorney's fees incurred in connection with the Receiver's work, subject to the Receiver recovering sufficient funds to cover the expenses. It is hereby

ORDERED that the Receiver's request is granted.

Dated:    New York, New York
          November 14, 2023

                                     _____
                                              DENISE COTE
                                     United States District Judge