UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X
                                             :      16cv7175 (DLC)

THOMAS P. KOESTLER,              :

              Petitioner,   :        ORDER

                                  :

           -v-                 :

                                  :

MARTIN SHKRELI,                :

              Respondent.   :

                                  :
-------------------------------------- X

DENISE COTE, District Judge:

    A Receiver, Derek C. Abbott, has been appointed in the
enforcement of a judgment entered in the above captioned action.
On January 26, 2024, the Receiver filed a declaration under seal
requesting authorization of attorney's fees incurred in
connection with the Receiver's work, subject to the Receiver
recovering sufficient funds to cover the expenses.  It is hereby

    ORDERED that the Receiver's request is granted.


Dated:    New York, New York
           January 26, 2024

                           _____
                             DENISE COTE
               United States District Judge