```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    16cv7175 (DLC)
THOMAS P. KOESTLER,                   :
                        Petitioner,   :    ORDER
                                      :
            -v-                       :
                                      :
MARTIN SHKRELI,                       :
                                      :
                        Respondent.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On March 8, 2024, the appointed Receiver, Derek C. Abbott, filed a request (1) for authorization to distribute a portion of the proceeds from the sale of stock and (2) for an issuance of a release to the Receiver in connection with this distribution. It is hereby

ORDERED that any opposition to this request must be filed by March 22.

Dated:   New York, New York
         March 12, 2024

                                                        _____
                                                           DENISE COTE
                                      United States District Judge