```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    16cv7175 (DLC)
THOMAS P. KOESTLER,                  :
                   Petitioner,       :         ORDER
                                     :
            -v-                      :
                                     :
MARTIN SHKRELI,                      :
                                     :
                   Respondent.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On September 26, 2024, the Receiver filed a declaration under seal requesting authorization of attorney's fees incurred in connection with the Receiver's work, subject to the Receiver recovering sufficient funds to cover the expenses.  It is hereby

ORDERED that the Receiver's request is granted.

Dated:   New York, New York
         September 30, 2024

                                    _____
                                             DENISE COTE
                                    United States District Judge