```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                        Petitioner,      :   ORDER
                                         :
          -v-                            :
                                         :
MARTIN SHKRELI,                          :
                                         :
                        Respondent.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On February 24, 2025, the Receiver filed a declaration under seal requesting authorization of attorney's fees incurred in connection with the Receiver's work, subject to the Receiver recovering sufficient funds to cover the expenses. It is hereby

    ORDERED that the Receiver's request is granted.

Dated:    New York, New York
            February 25, 2025

                                            _____
                                                  DENISE COTE
                                          United States District Judge