UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THOMAS P. KOESTLER,                                    1:16-cv-07175-DLC

                Petitioner,

   -against-                                              **ORDER**

MARTIN SHKRELI,

                Respondent.

-----------------------------------------------------------x

DENISE L. COTE, District Judge

    The Court having issued the *Order for Turnover and Appointment of Receiver* dated August 16, 2021 (ECF #120, the "Receivership Order,")[1] in connection with a Judgment (ECF #22) pursuant to which Derek C. Abbott was appointed as Receiver to, among other things, collect certain assets owned by the Judgment Debtor, including shares in AudioEye, Inc. (the "AudioEye Shares") and to sell those AudioEye Shares pursuant to that certain order dated September 29, 2021 (ECF #134) so as to satisfy the Judgment to the Judgment Creditor; and

    The Receiver having made application to the Court for a further order directing EQ Shareowner Services and/or Equiniti Trust Company LLC (the "Transfer Agent") to reissue a certificate for the AudioEye Shares that have been lost by the Judgment Debtor, free and clear of any restrictions;

    **IT IS HEREBY ORDERED**, that the Receiver's application is granted as follows:

1. Within [~~x~~] *seven* business days, the Transfer Agent shall: (i) replace stock certificate #1180 of AudioEye, Inc. registered in the name of Martin Shkreli, free and clear of any

---

[1] Capitalized terms not defined herein are as defined in the Receivership Order.

restrictions; and (ii) convert the corresponding AudioEye Shares to book entry so that the Receiver may electronically deposit such shares into the Receiver's brokerage account to be publicly sold on the open market for purposes of satisfying the Judgment.

2. The Transfer Agent shall notify the Receiver by electronic mail no later than [X] ~~all~~ three business days after the replacement stock certificate has been issued and converted to book entry.

3. The Transfer Agent is hereby directed to take such other and further action as is necessary to allow for the re-issuance of a stock certificate reflecting the Judgment Debtor's interest in AudioEye, Inc. and the Receiver's sale of same.

**SO ORDERED.**

Dated: March 17, 2025
New York, New York

_____
DENISE L. COTE
United States District Judge

3