UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :      16cv7175 (DLC)
THOMAS P. KOESTLER,                        :
                          Petitioner,      :           ORDER
                                          :
              -v-                          :
                                          :
MARTIN SHKRELI,                            :
                                          :
                          Respondent.      :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

    A Receiver, Derek C. Abbott, has been appointed in the

enforcement of a judgment entered in the above captioned action.

On February 25, 2026, the Receiver filed a declaration under

seal requesting authorization of attorney's fees incurred in

connection with the Receiver's work, subject to the Receiver

recovering sufficient funds to cover the expenses.  It is hereby

    ORDERED that the Receiver's request is granted.

Dated:    New York, New York
          February 25, 2026

                              _____
                                        DENISE COTE
                              United States District Judge