UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :     16cv7175 (DLC)
THOMAS P. KOESTLER,                         :
                         Petitioner,        :          ORDER
                                           :
            -v-                            :
                                           :
MARTIN SHKRELI,                            :
                                           :
                         Respondent.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On April 9, 2026, the Receiver filed a declaration under seal requesting authorization of attorney's fees incurred in connection with the Receiver's work, subject to the Receiver recovering sufficient funds to cover the expenses. It is hereby

ORDERED that the Receiver's request is granted.

Dated:    New York, New York
          April 10, 2026

                                   _____
                                   DENISE COTE
                                   United States District Judge