UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :    16cv7175 (DLC)
THOMAS P. KOESTLER,                      :
                          Petitioner,   :         ORDER
                                        :
              -v-                       :
                                        :
MARTIN SHKRELI,                         :
                                        :
                          Respondent.   :
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

    A Receiver, Derek C. Abbott, has been appointed in the
enforcement of a judgment entered in the above captioned action.
On May 14, 2026, the Receiver filed a declaration under seal
requesting authorization of attorney's fees incurred in
connection with the Receiver's work, subject to the Receiver
recovering sufficient funds to cover the expenses.  It is hereby

    ORDERED that the Receiver's request is granted.

Dated:    New York, New York
          May 14, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge