UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THOMAS P. KOESTLER, Petitioner, -v- MARTIN SHKRELI, Respondent. | : | 16cv7175 (DLC) ORDER |

DENISE COTE, District Judge:

A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On July 7, 2026, the Receiver filed a letter request seeking the Court's approval for the Receiver's intended plan for the two remaining assets of the Judgment Debtor. An Order of the same day instructed that any objection to the request was due July 14, 2026. No such objection having been filed, it is hereby

ORDERED that the Receiver's request is granted.

Dated: New York, New York
July 15, 2026

DENISE COTE
United States District Judge