UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

THOMAS P. KOESTLER,
Petitioner,

-v-

MARTIN SHKRELI,
Respondent.

---------------------------------------- X

16cv7175 (DLC)

ORDER

DENISE COTE, District Judge:

A Receiver, Derek C. Abbott, has been appointed in the enforcement of a judgment entered in the above captioned action. On September 10, 2026, the Receiver filed a declaration under seal requesting authorization of attorney's fees incurred in connection with the Receiver's work, subject to the Receiver recovering sufficient funds to cover the expenses. It is hereby

ORDERED that the Receiver's request is granted.

Dated: New York, New York
September 14, 2026

DENISE COTE
United States District Judge